IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**JOSE ERNESTO GONZALEZ CARDONA**

v.

**J.L. JAMISON,** *et al.*

**CIVIL ACTION**

**No. 26-4430**

**ORDER**

**AND NOW**, this 30th day of June, 2026, upon consideration of the petition for a writ of habeas corpus, and the response thereto, it is hereby **ORDERED** as follows:

1.  The petition (ECF 1) is **GRANTED** for the reasons in the accompanying memorandum.

2.  Respondents shall **IMMEDIATELY RELEASE** Gonzalez Cardona from custody and certify compliance with this Order by a filing on the docket by **July 1, 2026 at 12:00 p.m.** regarding Gonzalez Cardona's custody status. Respondents shall return to Gonzalez Cardona immediately upon his release all personal belongings confiscated upon or during his detention, including his identification documents.

3.  Respondents are **ENJOINED** for a period of seven days following Gonzalez Cardona's release from custody pursuant to this order from detaining Gonzalez Cardona based on the same putative legal bases for his present arrest and detention, which is to say under 8 U.S.C. §§ 1225 or 1226.[*]

---

[*] Gonzalez Cardona is not subject to mandatory detention under 8 U.S.C. § 1225. If Gonzalez Cardona is not released from custody because he is otherwise detained, for instance on a criminal or civil commitment, then the seven-day period begins on the date of the lifting of detainers related to his immigration detention under §§ 1225 and 1226.

4. If the government seeks to detain Gonzalez Cardona after the period of seven days, it must provide him with a bond hearing within 48 hours of his detention. If no bond hearing is provided within 48 hours, Gonzalez Cardona's remedy will recur.

5. The Clerk is **DIRECTED** to close this case.

**BY THE COURT:**

*s/ Catherine Henry*
**CATHERINE HENRY, J.**